UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
August 24, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JESUS AGUILAR<br><br>　　　　Defendant. | Case No. 2:19-cr-00038-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JESUS AGUILAR</u> Case No. <u>2:19-cr-00038-KJM</u> Charges <u>18 USC § 3583</u> from custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

　　_____    Unsecured Appearance Bond $ _____

　　_____    Appearance Bond with 10% Deposit

　　_____    Appearance Bond with Surety

　　_____    Corporate Surety Bail Bond

　　  X    (Other): <u>Electronic monitoring as approved by Judge Mueller on 8/24/2023</u>. **The defendant shall be released tomorrow, 8/25/2023 at 9 AM and directly report to US Probation Office located at 501 I Street, Suite 2500, Sacramento, CA 95814.**

_____

Issued at Sacramento, California on August 24, 2023 at 2:00 PM


Dated:  August 24, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE