PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JESUS AGUILAR, JR.,<br><br>                    Defendants. | CASE NO. 2:19-CR-38-KJM<br><br>ORDER DISMISSING VIOLATION PETITION<br><br>DATE: September 25, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

**ORDER**

Based on the United States's Motion to Dismiss, it is HEREBY ORDERED that the supervised release petition (ECF 26) is dismissed against the above-captioned defendant.

The Admit/Deny Hearing scheduled for September 25, 2023, is VACATED.

DATED: September 20, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE