PHILLIP A. TALBERT
United States Attorney
ZULKAR KHAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS AGUILAR,<br><br>Defendant. | CASE NO. 2:19-CR-00038-KJM<br><br>STIPULATION REGARDING CONTINUANCE OF PRELIMINARY HEARING ON REVOCATION PROCEEDINGS<br><br>DATE: April 4, 2024<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

Plaintiff United States of America, by and through its counsel of record, and defendant Jesus Aguilar, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a preliminary hearing on April 4, 2024.

2. The Office of the Federal Defender has assigned new defense counsel for Mr. Aguilar, and defense counsel is not available to appear on April 4, 2024.

3. Hence, by this stipulation, the defense now moves to continue the preliminary hearing until April 9, 2024.

///

///

///

1

4. The attorney for the government does not oppose the requested continuance.

IT IS SO STIPULATED.

Dated:  April 3, 2024

        PHILLIP A. TALBERT
        United States Attorney

By:  /s/ ZULKAR KHAN
     ZULKAR KHAN
     Assistant United States Attorney

Dated:  April 3, 2024

/s/ LINDA HARTER
LINDA HARTER
Counsel for Defendant
JESUS AGUILAR

**ORDER**

IT IS SO FOUND AND ORDERED

Dated:  April 3, 2024

*[signed]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2